

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CACTUS WATER SERVICES, LLC, | § | No. 08-22-00037-CV |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| COG OPERATING, LLC, | § | of Reeves County, Texas |
| Appellee. | § | Cause No. 20-03-23456-CVR |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, both in this Court and the court below for which let for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF JULY, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.
Palafox, J. Dissenting